# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATHAN ROWAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BRIO ENERGY LLC, a Utah limited liability company,<br><br>    Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 2:20-cv-00843-DAK<br><br>Judge Dale A. Kimball |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Dated:   April 7, 2021

                                                                 Honorable Judge of the District Court